JUDGE GARDEPHE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA

    - v. -

GIANLUCA PACIULLO,

        Defendant.

------------------------------------X

ORIGINAL

**SEALED INDICTMENT**

15 Cr.

15 CRIM 834

COUNT ONE

(Transportation of Child Pornography)

The Grand Jury charges:

1. In or about April 2015, in the Southern District of New York, and elsewhere, GIANLUCA PACIULLO, the defendant, knowingly did mail and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography, to wit, PACIULLO distributed by computer videos and images containing child pornography from his residence in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED DEC 04 2015

COUNT TWO

(Receipt and Distribution of Child Pornography)

The Grand Jury further charges:

2.   From at least in or about February 2015 up to and including in or about July 2015, in the Southern District of New York, and elsewhere, GIANLUCA PACIULLO, the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, PACIULLO received on a computer located at his residence in the Bronx, New York, files containing videos and images containing child pornography that were downloaded from the Internet.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

COUNT THREE

(Possession of Child Pornography)

The Grand Jury further charges:

3.   From at least in or about February 2015, up to and including at least in or about July 2015, in the Southern District of New York, and elsewhere, GIANLUCA PACIULLO, the defendant, knowingly did possess and access with intent to view,

and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, PACIULLO possessed images of child pornography, including videos and images of prepubescent minors and minors who had not attained 12 years of age, on electronic devices that were located at his residence in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

### FORFEITURE ALLEGATION

4. As the result of committing the offenses alleged in Counts One through Three of this Indictment, GIANLUCA PACIULLO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any visual depiction described in the offenses set forth in Counts One through Three, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

(Title 18, United States Code, Section 2253(a).)

## SUBSTITUTE ASSET PROVISION

5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)   cannot be located upon the exercise of due diligence;

    (2)   has been transferred or sold to, or deposited with, a third person;

    (3)   has been placed beyond the jurisdiction of the Court;

    (4)   has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853(p).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GIANLUCA PACIULLO,

Defendant.

---

INDICTMENT

15 Cr.

(18 U.S.C. §§ 2252A(a)(1),
2252A(a)(2)(B) and (b)(1),
2252A(a)(5)(B) and (b)(2), and 2.)

---

PREET BHARARA
United States Attorney.

A TRUE BILL

---

Foreperson.

---

12/1/15 Filed Sealed Indictment
Filed Arrest Warrants
am
Judge Netburn