UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 7, 2020
```

v.

15-CR-834 (KMW)
**ORDER**

GIANLUCA PACIULLO,

        Defendant.
---------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    Defendant has filed, as a sealed exhibit to his motion for compassionate release, a letter from Dr. Richard Goldberg, describing Defendant's medical conditions. (ECF No. 49.) The Government has filed, as a sealed exhibit to its opposition to Defendant's motion for compassionate release, Defendant's medical records from the Bureau of Prisons ("BOP"). (ECF No. 59.)

    Defense counsel shall file, by 5:00 p.m. on May 11, 2020, redacted copies of Dr. Goldberg's report and Defendant's BOP medical records, excising only that material which is truly sensitive. The Court intends to rule on Defendant's motion shortly after the redacted documents are filed.

SO ORDERED.

Dated: New York, New York
       May 7, 2020

                                        /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                                  United States District Judge