UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/21

-against-

**ORDER**
15 CR 834 (KMW)

GIANLUCA PACIULLO,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on March 16, 2021, at 12:00 p.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID 267210340.

SO ORDERED.

Dated: New York, New York
March 9, 2021

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE