UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/21

-against-

**ORDER**
15 CR 834 (KMW)

GIANLUCA PACIULLO,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote proceeding, in the above-captioned case, on Tuesday, September 14, 2021, at 4:00 p.m.

Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter Conference ID 154170232. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       September 7, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE