UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/21
```

-against-

**ORDER**
15 CR 834 (KMW)

GIANLUCA PACIULLO,

Defendant.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, November 30, 2021, at 10:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter access code 417676441, with their telephones on mute. Consistent with the standing orders of this Court and local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
       November 22, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE