UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/21
```

-against-

**ORDER**
15 CR 834 (KMW)

GIANLUCA PACIULLO,

Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Thursday, December 16, 2021, at 10:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 417676441, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       December 8, 2021

                                          _____
                                          KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE