UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

GIANLUCA PACIULLO,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above-captioned case on Friday, January 14, 2022, at 11:30 a.m.

    Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 417 676 441, with their telephones on mute. Consistent with the standing orders of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
         January 4, 2022

                                          /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE