UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/22

-against-

**ORDER**
15 CR 834 (KMW)

GIANLUCA PACIULLO,

                      Defendant.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Tuesday, March 22, 2022, at 11:30 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 700316875, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

      SO ORDERED.

Dated: New York, New York
       March 15, 2022

                                              *Kimba M. Wood*
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE