UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

GIANLUCA PACIULLO,

                         Defendant.
-------------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/22

KIMBA M. WOOD, District Judge:

The remote conference in the above-captioned case is adjourned to Tuesday, April 26, 2022, at 11:00 a.m. The dial-in information in the Court's March 15, 2022, Order remains the same.

SO ORDERED.

Dated: New York, New York
        March 21, 2022

                                                        /s/ Kimba M. Wood
                                                        KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE