UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/22

-against-

GIANLUCA PACIULLO,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

KIMBA M. WOOD, District Judge:

    At the request of the parties, the conference scheduled for April 26, 2022, is adjourned to May 31, 2022, at 11:30 a.m.

    SO ORDERED.

Dated: New York, New York
       April 19, 2022

                                        _____
                                          KIMBA M. WOOD
                                 UNITED STATES DISTRICT JUDGE