```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

GIANLUCA PACIULLO,

                     Defendant.
-----------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's trial calendar, the conference currently scheduled for Tuesday, May 31 at 11:30 a.m. is moved to 3:30 p.m.

SO ORDERED.

Dated: New York, New York
       May 17, 2022

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE