UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against                                                    **ORDER**
                                                                    15 CR 834 (KMW)

GIANLUCA PACIULLO,

                                  Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      The Court will hold a remote conference in the above-captioned case on Tuesday, May 31, 2022, at 3:30 p.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 700316875, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

      SO ORDERED.

Dated: New York, New York
          May 24, 2022

                                                  _/s/ Kimba M. Wood_
                                                      KIMBA M. WOOD
                                            UNITED STATES DISTRICT JUDGE