UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/21
```

      -against-

GIANLUCA PACIULLO,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

KIMBA M. WOOD, District Judge:

Due to the Court's trial calendar, the remote conference currently scheduled for June 23, 2022, is adjourned to Thursday, July 7, 2002, at 12:30 p.m.

If the parties have a conflict with this new date, they shall submit a joint letter to Chambers by June 30, 2022, with proposed dates and times for the remote conference.

SO ORDERED.

Dated: New York, New York
        June 21, 2022

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE