UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

GIANLUCA PACIULLO,

                            Defendant.
-----------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/22

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Thursday, September 29, 2022, at 2:00 p.m.

Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference IDF 700316875, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
        September 20, 2022

                                               KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE