UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22

    -against-

GIANLUCA PACIULLO,

                         Defendant.
-------------------------------------------------------------------x

**ORDER**
15 CR 834 (KMW)

KIMBA M. WOOD, District Judge:

    The remote conference on the violation of supervised release, scheduled for January 4, 2023, is adjourned to Wednesday, January 25, 2023, at 11:30 a.m., as in-person.

    SO ORDERED.

Dated: New York, New York
         December 7, 2022

                                                /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE